|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | DISTRICT OF PUERTO RICO | |

| | | |
|---|---|---|
| 3 | JOSHUA NIEVES MARQUEZ, by and | |
| 4 | through his parents JESUS | |
| 5 | NIEVES and LEONOR MARQUEZ, and | |
| 6 | on their own behalf, | Civil No. 02-2480 (JAF) |
| 7 | | |
| 8 | Plaintiffs, | |
| 9 | v. | |
| 10 | COMMONWEALTH OF PUERTO RICO; | |
| 11 | DEPARTMENT OF EDUCATION, | |
| 12 | through its Secretary, Hon. | |
| 13 | César Rey; ELSIE TRINIDAD; | |
| 14 | EDNA ROSA COLON, | |
| 15 | Defendants. | |

**O R D E R**

The court **ORDERS** Defendant Department of Education to deposit with the court, **within the next ten (10) days**, the amount of $1,600.00,[1] in payment of invoices for professional services rendered to Joshua Nieves Márquez, as described below:

1) Invoice No. 0030246, dated 8/10/06, in the amount of $100.00, submitted by Raúl Vilá Ramírez, M.D.

2) Invoice covering the period March 20 - April 11, 2006, in the amount of $1,650.00, submitted by Court Monitor Aida Luz Matos.

---

[1]Although the total of both invoices is $1,750, the Defendant need only deposit the amount of $1,600, since it deposited $150.00 in excess in payment of the Court Monitor's previous invoice. See Docket Document Nos. 152, 155.

Civil No. 02-2480 (JAF)                                                    -2-

In the meantime, the Clerk will **promptly** issue checks from the funds already deposited in the Court's Registry, as follows: (1) Check to the order of Raúl Vilá Ramírez, M.D., in the amount of $100.00; (2) Check to the order of Aida Luz Matos, in the amount of $1,650.00.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 7th day of September, 2006.

                                        S/JOSÉ ANTONIO FUSTÉ
                                        JOSE ANTONIO FUSTE
                                        Chief U. S. District Judge